Juan Rodriguez AO 3005929
3800 Ulm N Frontage Rd
Great Falls, MT 59401

MAR 21 2018

Clerk, U.S. Courts
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

* * * * * * *

| | |
|---|---|
| JUAN RODRIGUEZ / FATHER<br>Plaintiff/Petitioner,<br><br>-vs-<br><br>State of Montana, Montana Department of Health and Human Services, John Doe and Jane Doe (DPHHS Employees)<br>Defendants/Respondents | Case No. 6:17-CV-00104-BMM-JTJ<br><br>Amend to add Defendants |

Comes Now I Juan Rodriguez plaintiff making amendment to the defendants, by adding: The City of Great Falls, Montana, Cascade County of the State of Montana, Ex-DPHHS Employer Amanda Hope, Amanda Scott DPHHS, Assistant Attorney Theresa Diekhans, Judge Thomas McKittrick, Judge Greg Pinski, Heather Smith of DPHHS, Assistant Attorney Valarie Winfield, Attorney Allen Lanning, Chippewa Cree Tribe of the Rocky Boy Reservation at Box Elder Montana, Assistant Attorney Jennifer Quick, Deputy County Attorney Josh Racki, Sahrita Jones DPHHS, Great Falls office of Public Defenders

Dated this 17th day of March 2018.

X _____
Juan Rodriguez, pro se