# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>STATE OF MONTANA, MONTANA DEPARTMENT OF HEALTH AND HUMAN SERVICES, JOHN DOE, and JANE DOE (DPHHS EMPLOYEES),<br><br>　　　　　　　Defendants. | CV-17-00104-H-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston issued Findings and Recommendations in this matter on May 31, 2018. (Doc. 14). Presently before the Court is Plaintiff Juan Rodriguez's motion to extend the deadline for filing objections to Judge Johnston's Findings and Recommendations. Plaintiff states that additional time is needed because he has been transferred to Cascade County Detention Center for a hearing and has no "access to legal materials." (Doc. 18.) Rodriguez remains unaware of when he will be transferred back to Montana State Prison and have the ability to access the "Law Library." *Id.*

The Court agrees that an extension of the objection deadline is appropriate under the circumstances presented in this case.

**Accordingly, IT IS ORDERED:**

Plaintiff's Motion to Extend the Objection Deadline (Doc. 18) is **GRANTED**. Plaintiff shall file his objections to Judge Johnston's Findings and Recommendations on or before **August 10, 2018.**

DATED this 13th day of June, 2018.

Brian Morris
United States District Court Judge